WILLIAM EMERY v. SEALAND SERVICE, INC., AND INTERPORT TRUCKING CORP.

September 22, 1987.

Petition for certification denied.

JOSEPH VILLIG v. FEDDERS CORPORATION.

September 22, 1987.

Petition for certification denied.

THOMAS DUPREX v. ERWIN A. SLOAN.

September 22, 1987.

Petition for certification denied.

FASHION FLOORS, INC. v. EVI REALTY, INC.

September 22, 1987.

Petition for certification denied.